```
                    _____

                    No. 96-1627EA
                    _____
```

United States of America,          *
                                    *
            Appellee,               *
                                    *
    v.                              *
                                    *
Richard Hensley,                    *
                                    *
            Appellant.              *

```
        _____
```
                                    Appeals from the United States
                                    District Court for the Eastern
        No. 96-1754EA               District of Arkansas.
```
        _____
```
                                    [UNPUBLISHED]
United States of America,          *
                                    *
            Appellee,               *
                                    *
    v.                              *
                                    *
Cynthia Hensley,                    *
                                    *
            Appellant.              *
```
                    _____
```

            Submitted:  September 10, 1996

             Filed:  September 19, 1996
```
                    _____
```

Before FAGG, HEANEY, and MURPHY, Circuit Judges.
```
                    _____
```


PER CURIAM.


    Richard Hensley and Cynthia Hensley entered guilty pleas to
possession with intent to deliver marijuana.  On appeal, the Hensleys
contend the district court improperly refused to suppress evidence gathered
under an anticipatory search warrant.  Specifically, the Hensleys challenge
the probable cause basis for the anticipatory warrant.  After a careful
review of the record and

the parties' briefs, we conclude the magistrate judge properly denied the Hensleys' motion to suppress.  We thus affirm for the reasons stated in the magistrate judge's report adopted by the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.